**CARGILL–ALLIANT, LLC, Appellant,**

v.

**GPU SERVICES, INC.**

No. 01–1605.

United States Court of Appeals, Third Circuit.

Argued Jan. 17, 2002.

Opinion Filed Feb. 1, 2002.

Brad Fagg (Argued), Morgan, Lewis & Brockius, LLP, Washington, DC, Counsel for Appellant.

Alfred W. Putnam, Jr. (argued), Jeff A. Almeida, Drinker, Biddle & Reath, LLP, Philadelphia, PA, Counsel for Appellee.

Before: ALITO and ROTH, Circuit Judges, and SCHWARZER, Senior District Judge.

## MEMORANDUM OPINION OF THE COURT

PER CURIAM.

The facts and procedural background of this case are familiar to the parties. After a bench trial, the District Court properly held for GPU Services. In its 47-page Opinion, the District Court correctly concluded that GPU Services did not breach its contractual obligations to Cargill–Alliant. Therefore, Appellant cannot recover from Appellee for its alleged loss of $2.3 million. We have considered all of Appellant's arguments and find no ground to reverse.

The Order of the District Court is AFFIRMED.